# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Victor Nunez Munoz

V.

D Worthington; Clayton; Imperial County; Medical; and Housing Inmates

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   11CV1524-BTM(WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is Dismissed for failing to comply with a Court Order and for all the reasons previously stated in the Court's October 6, 2011 Order.

| December 8, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 8, 2011 |